**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09cr00042-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BRADLEY L. DEVAN, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

     This matter was heard on November 26, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release. The defendant was present and represented by Attorney Edward Bryan.

     The original violation report was referred to Magistrate Judge Greg White who issued a Report and Recommendation on November 7, 2012 [Doc. 33]. No objections to the Report and Recommendation were filed by either plaintiff or defendant.

     The Court, having considered the violation report and Report and Recommendation, adopted the Report and Recommendation and found that the following terms of supervision had been violated:

          1) unauthorized use of drugs on or about December 30, 2011;

          2) failure to participate in substance abuse treatment;

          3) failure to report to the U.S. Probation Office;

          4) new law violation on or about January 11, 2012.

Therefore, the defendant is committed to the Bureau of Prisons for a period of 24 months and is granted credit for time served in federal custody on the instant violations.  The sentence in this case shall be served consecutive to defendant's sentence in state court (Case No. 2012CR00203 - Ashtabula County Court of Common Pleas).  Upon release from incarceration defendant's period of federal supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: November 26, 2012                    *s/    James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE